

**GEORGIA M. PESTANA**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**HANNAH V. FADDIS**
*Senior Counsel*
phone: (212) 356-2486
fax: (212) 356-1148
hfaddis@law.nyc.gov

November 24, 2021

**BY ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Alfredo Reyes v. City of New York, et al.
      21 Civ. 7621 (JGK)

Your Honor:

[Handwritten note: The conference rescheduled for 12/1/21 is canceled. The parties should report to the Court upon the completion of the Rule 83.10 procedures. So Ordered. /s/ John G. Koeltl U.S.D.J. 11/24/21]

I am the attorney assigned to represent defendant the City of New York in the above-referenced matter. Defendant writes to respectfully request an adjournment of the conference presently scheduled for December 1, 2021, until after this case has proceeded through the Local Rule 83.10 Plan (the "Plan"). Plaintiff's counsel consents to this request.

By way of background, plaintiff commenced this case by the filing of a summons and complaint on September 13, 2021. (ECF No. 1). Plaintiff alleges *inter alia* that he was falsely arrested by members of the New York City Police Department on July 6, 2018, and subsequently prosecuted. This case was designated as within the scope of the Plan (Docket Entry dated Sept. 14, 2021), which imposes certain discovery obligations and limitations followed by mandatory mediation. Accordingly, the City is respectfully requesting that the Court adjourn the conference presently scheduled for December 1, 2021, until this matter has proceeded through Plan mediation, in the event this matter is not resolved.

The City thanks the Court for its time and attention to this matter.

Respectfully submitted,

/s
Hannah Faddis
*Senior Counsel*
Special Federal Litigation Division

CC:   VIA ECF
      Jeffrey A. Rothman
      *Attorney for Plaintiff*