UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFREDO REYES,

                Plaintiff,        21-cv-7621 (JGK)

    - against -          ORDER

CITY OF NEW YORK ET AL.,
                Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 22, 2021.

SO ORDERED.
Dated:    New York, New York
         December 6, 2021

                                    John G. Koeltl
                              United States District Judge