UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALFREDO REYES,

                      Plaintiff,                            **ORDER**

      -against-                         **21-cv-7621 (JGK) (JW)**

CITY OF NEW YORK,

                      Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On June 27, 2023, the instant fee dispute was referred to this Court. Dkt. No. 41. This Court is in receipt of letters filed by Plaintiff and Defendant on the issue. Dkt. Nos. 40, 43, and 44. Based on the letters provided, this Court is inclined to grant the fees requested by Plaintiff.

Defendant may write a letter of no more than 2-pages responding substantively to oppose the request for fees by **July 18, 2023**. Plaintiff may write a letter of no more than 2-pages providing materials to justify Plaintiff counsel's hourly rate by **July 25, 2023**.

      SO ORDERED.

DATED:    New York, New York
              July 11, 2023

                                                     */s/ Jennifer E. Willis*
                                                       JENNIFER E. WILLIS
                                                       United States Magistrate Judge